in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.

No. 93–9506 (A–1028). CRANK *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

No. 93–1015. CARDWELL *v.* UNITED STATES, 511 U. S. 1051;

No. 93–1269. YOUNG IN HONG *v.* CHILDREN'S MEMORIAL HOSPITAL, 511 U. S. 1005;

No. 93–1404. MARTIN *v.* FLORIDA POWER CORP., 511 U. S. 1053;

No. 93–1531. POLYAK *v.* HAMILTON, JUDGE; POLYAK *v.* BUFORD EVANS & SONS; POLYAK *v.* BOSTON ET AL.; POLYAK *v.* HULEN ET AL.; POLYAK *v.* HULEN; and POLYAK *v.* STACK ET AL., 511 U. S. 1053;

No. 93–5455. SIMS *v.* UNITED STATES, 511 U. S. 1034;

No. 93–7484. NEWSOME *v.* PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL., 510 U. S. 1198;

No. 93–7823. YITREF *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL., 511 U. S. 1036;

No. 93–7882. JIMENEZ *v.* MGM, 511 U. S. 1022;

No. 93–7999. IN RE SANDERS, 511 U. S. 1029;

No. 93–8038. CLAY *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 511 U. S. 1055;

No. 93–8046. DINGLE *v.* CRAWFORD ET AL., 511 U. S. 1055;

No. 93–8051. WHITEHEAD *v.* BRADLEY UNIVERSITY ET AL., 511 U. S. 1055;

No. 93–8091. BAKER *v.* LOPATIN, MILLER, FREEDMAN, BLUESTONE, ERLICH, ROSEN & BARTNICK, ATTORNEYS AT LAW, P. C., 511 U. S. 1056;

No. 93–8113. ARNETT v. KELLOGG CO., 511 U. S. 1040;

No. 93–8159. BROWN-BRUNSON ET VIR v. HUNTER, SUPERIN-TENDENT, BALTIMORE COUNTY BOARD OF EDUCATION, ET AL., 511 U. S. 1057; and

No. 93–8342. BOALBEY v. ROCK ISLAND COUNTY ET AL., 511 U. S. 1076. Petitions for rehearing denied.

No. 93–7098. RICHLEY v. NORRIS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION, 511 U. S. 1063;

No. 93–7167. HOLMES ET AL. v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 511 U. S. 1063;

No. 93–7441. JEFFERSON v. ZANT, WARDEN, 511 U. S. 1046; and

No. 93–7730. ELKINS v. SOUTH CAROLINA, 511 U. S. 1063. Petitions for rehearing denied. JUSTICE BLACKMUN dissents from the denial of rehearing. He would grant the petitions for rehearing, grant the petitions for certiorari, and vacate peti-tioners' death sentences. See Callins v. Collins, 510 U. S. 1141, 1143 (1994).

No. 93–7178. DAVIS v. UNITED STATES, 510 U. S. 1127. Motion for leave to file petition for rehearing denied.

JUNE 14, 1994

No. 93–1984. IN RE LAWSON ET AL. Motion of petitioners for expedited review granted. Petition for writ of mandamus denied.

No. 93–9538 (A–1036). LAWSON v. DIXON, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, pre-sented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Despite alleged procedural problems, I find petitioner's consti-tutional challenge to the gas chamber to be a serious one. Only four States, Arizona, California, Mississippi, and North Carolina, still use the gas chamber as a method of execution. Its cruelty has been attested to on more than one occasion. See, e. g., the dissenting opinion of Justice Marshall, joined by Justice Brennan, in Gray v. Lucas, 463 U. S. 1237, 1240 (1983).